Honorable Ricardo S. Martinez
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIJUNG EDWARDS-YU,<br><br>                            Plaintiff,<br><br>     v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL OF THE UNITED STATES,<br><br>                            Defendant. | Case No. C21-156-RSM-MLP<br><br>STIPULATED MOTION TO CONTINUE SUMMARY-JUDGMENT REPLY DEADLINE<br><br>**Noted for Consideration:**<br>**August 1, 2022** |

      Plaintiff Lijung Edwards-Yu and Defendant Louis DeJoy, Postmaster General of the United States, jointly stipulate and move to extend Defendant's deadline to file a reply in support of summary judgment by thirty (30) days to September 6, 2022.

      A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Here, good cause exists for continuing the reply deadline. Undersigned counsel recently joined the U.S. Attorney's Office for the Western District of Washington and received this case from AUSA Pat Gugin. AUSA Gugin retired this past Friday, July 29, 2022,

STIPULATED MOTION TO CONTINUE
SUMMARY-JUDGMENT REPLY DEADLINE
C21-156-RSM-MLP - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

and undersigned counsel received the case and entered her appearance the same day.

AUSA Gugin filed a motion for summary judgment on July 11, 2022. (Dkt. 27.) Plaintiff's response is due today, and Defendant's reply is due Friday, August 5. To adequately represent her client, undersigned counsel requires additional time to familiarize herself with the record and the nuances of the case before filing a reply in support of summary judgment. The parties have conferred and have agreed to the following stipulations:

1. Defendant will be given till September 6, 2022, to file the Reply to Plaintiff's Response to Motion for Summary Judgment.

2. Defendant will not be refiling a new or Amended Motion for Summary Judgment even if the Court decides to extend the noting date for Defendant's Motion for Summary Judgment to September 6, 2022.

The parties believe that there is good cause to request an extension of the reply deadline to September 6, 2022, and respectfully request that the Court grant their motion. The parties do not ask to continue the trial date, which is in November 2022.

SO STIPULATED.

DATED: August 1, 2022

*/s/ Nolan Lim\**
NOLAN LIM, WSBA #36830
Nolan Lim Law Firm, PS
1111 Third Avenue, Suite 1850
Seattle, WA 98101
Office: (206) 774-8874
nolanlim@nolanlimlaw.com

*Counsel for Plaintiff*
*\*Signed by permission*

—and—

NICHOLAS W. BROWN
United States Attorney

*/s/ Annalisa L. Cravens*
ANNALISA L. CRAVENS,
TX Bar #24092298
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-2257
Fax:  206-553-4067
Email:  annalisa.cravens@usdoj.gov

*Counsel for Defendant*

## ORDER

Defendant's reply in support of summary judgment is due **September 6, 2022**. The Clerk is directed to RE-NOTE Defendant's motion for summary judgment (dkt. # 27) for this Court's consideration on **September 6, 2022**.

**IT IS SO ORDERED**.

Dated this 1st day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO CONTINUE
SUMMARY-JUDGMENT REPLY DEADLINE
C21-156-RSM-MLP - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970