THE HONOARABLE MICHELLE PETERSON
THE HONORABLE RICARDO MARTINEZ

IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIJUNG EDWARDS-YU, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY, Postmaster General of the United States | Case No.: C21-156-RSM-MLP<br><br>STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT<br>NOTED FOR: AUGUST 1, 2022 |

## **STIPULATION**

The parties through their attorneys of record stipulate the following:

1. Plaintiffs filed a Motion for Leave to File Second Amended Complaint. See Dkt. 31.

2. Since the filing of Plaintiff's Motion for Leave to File Second Amended Complaint, the parties have conferred regarding the filing of Plaintiff's Second Amended Complaint. Defendant does not oppose the filing.

STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT – 1
Nolan Lim Law Firm, PS

1111 Third Ave, Suite 1850
Seattle, WA 98101
Office: (206) 774-8874

3.  Should this court approve this stipulation, Plaintiff consents to the striking of its Motion for Leave to File a Second Amended Complaint.

4.  The proposed Amended Complaint is attached to this stipulation at Exhibit A.

SO STIPULATED.

DATED: August 1, 2022

/s/ Nolan Lim

_____

NOLAN LIM, WSBA #36830
Nolan Lim Law Firm, PS
1111 Third Avenue, Suite 1850
Seattle, WA 98101
Office: (206) 774-8874
nolanlim@nolanlimlaw.com

Counsel for Plaintiff

and

NICHOLAS W. BROWN

United States Attorney


 /s/ Annalisa L. Cravens*
ANNALISA L. CRAVENS,
TX Bar #24092298
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT – 1
Nolan Lim Law Firm, PS

1111 Third Ave, Suite 1850
Seattle, WA 98101
Office: (206) 774-8874

Phone:  206-553-2257
Fax:  206-553-4067
Email:  annalisa.cravens@usdoj.gov
  Counsel for Defendant

*Signed with consent of Defendant's Counsel

## ORDER

Pursuant to the foregoing Stipulation of the parties, the Court hereby approves amendment to the Plaintiff's complaint as presented in the attached Amended Complaint. Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. #31) is STRICKEN.

**IT IS SO ORDERED**.

Dated this 2nd day of August, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT – 1
Nolan Lim Law Firm, PS

1111 Third Ave, Suite 1850
Seattle, WA 98101
Office: (206) 774-8874