1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

LIJUNG EDWARDS-YU,

9                            Plaintiff,

Case No. C21-156-RSM-MLP

10          v.

ORDER

11    LOUIS DEJOY,

12                            Defendant.

13

14          This matter comes before the Court on Defendant's Motion to Stay the Pretrial Deadlines

15    and Trial Setting ("Defendant's Motion") due to Defendant's pending summary judgment

16    motion. (Dkt. # 48.) Plaintiff opposes any delay to pretrial deadlines without also delaying the

17    trial date but argues she "has been preparing for trial for over [one] year and any further delay

18    will deprive Plaintiff of potential relief demanded through the lawsuit." (Dkt. # 49 at 2.)

19          Courts have inherent power to stay proceedings. *Landis v. North American Co.*, 299 U.S.

20    248, 254 (1936). In considering the appropriateness of a stay, courts balance the competing

21    interests of the parties, including: (1) the damage that may result from a stay; (2) inequity

22    suffered by a party if the case moves forward; and (3) any impact to the "orderly course of

23    justice." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (citation omitted).

ORDER - 1

1    Here, trial is currently set for November 8, 2022. (Dkt. # 12.) The Court has issued a

2    Report and Recommendation, with a noting date of October 21, 2022, recommending that

3    Defendant's summary judgment motion be granted and that this action be dismissed. (Dkt. # 51.)

4    Therefore, the Court finds a stay is warranted in this matter until the resolution of this Court's

5    Report and Recommendation.

6    Accordingly, the Court GRANTS Defendant's Motion (dkt. # 48). The trial date and

7    pending deadlines are hereby STAYED pending resolution of the Report and Recommendation.

8    Dated this 4th day of October, 2022.

9

10    MICHELLE L. PETERSON
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2