UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LIJUNG EDWARDS-YU,

        Plaintiff,

   v.

LOUIS DEJOY,

        Defendant.

Case No. C21-156-RSM-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendant's Motion (dkt. # 27) is GRANTED.

    (3)    Plaintiff's Second Amended Complaint (dkt. # 44) and this action are DISMISSED.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

//

ORDER - 1

Dated this 8th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2