# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LIJUNG EDWARDS-YU,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LOUIS DEJOY,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-156-RSM-MLP |

\_\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

Plaintiff's second amended complaint, and this case, are dismissed with prejudice.

　　DATED this 8th day of November, 2022.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/*Serge Bodnarchuk*
　　　　　　　　　　　　　　　　　　　Deputy Clerk