The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIJUNG EDWARDS-YU,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, UNITED STATES POSTMASTER GENERAL,<br><br>　　　　　　　　　　Defendant. | Case No. 2:21-cv-00156-RSM<br><br>STIPULATED MOTION TO DISMISS<br><br>Noted for Consideration:<br>September 13, 2024 |

The parties have settled this case. Pursuant to Fed. R. Civ. P. 41, the parties stipulate to dismiss this case with prejudice and without an award of costs or fees to either party.

//

//

//

//

STIPULATED MOTON TO DISMISS
[Case No. 2:21-cv-00156-RSM] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

DATED this 13th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | NOLAN LIM LAW FIRM, PS |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:      206-553-4067<br>Email:   whitney.passmore@usdoj.gov | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Email: nolanlim@nolanlimlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendant*

I certify that this memorandum contains 33 words, in compliance with the Local Civil Rules.

STIPULATED MOTON TO DISMISS
[Case No. 2:21-cv-00156-RSM] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so ORDERED.

DATED this  16th   day of   September  , 2024.

                                                  _____
                                                  RICARDO S. MARTINEZ
                                                  United States District Court Judge

STIPULATED MOTON TO DISMISS
[Case No. 2:21-cv-00156-RSM] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970